# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| AARON BARKSDALE, *et al.*, | : | CASE NO. 2:24-cv-04084-MHW-KAJ |
| Plaintiffs, | : | JUDGE MICHAEL H. WATSON |
| v. | : | MAGISTRATE KIMBERLY A. JOLSON |
| CITY OF GROVE CITY, *et al.*, | : | |
| Defendants. | : | |

## MOTION FOR LEAVE TO WITHDRAW AS CO-COUNSEL

Emily J. Dilloway (0103292) respectfully moves this Court for permission to withdraw from her representation of Defendants in the above-captioned matter. Attorney Dilloway has taken a new position with a different office and her last day with the law firm of Isaac Wiles is April 18, 2025. Brian M. Zets and Trista M. Turley will continue to serve as counsel of record for Defendants. Attorney Dilloway certifies that Defendants are aware of all orders and all upcoming relevant dates.

Respectfully submitted,

*/s/ Emily J. Dilloway*
Brian M. Zets (0066544), Trial Counsel
Trista M. Turley (0093939)
Emily J. Dilloway (0103292)
Two Miranova Place, Suite 700
Columbus, OH 43215-5098
bzets@isaacwiles.com
tturley@isaacwiles.com
edilloway@isaacwiles.com
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 16, 2025, a true copy of the foregoing was filed electronically. Notice this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Emily J. Dilloway

Emily J. Dilloway (0103292)